*Burton G. Morss* v. *Lucas Elmendorf.* M. McDonald, for appellant; A. J. Parker, for respondent. Decree appealed from reversed, and bill dismissed with costs of the suit in the court below; but without prejudice to the complainant's remedy at law upon the contract. Decree to be entered *nunc pro tunc* as of the time of submission of cause.

*Cornelia Dodge* v. *Ralph Manning et al.* H. Hamilton and M. T. Reynolds, for appellant, A. C. Paige, for complainant; J. Rhoades, for defendant J. B. Borst. Decree of the vice chancellor reversed with costs, and bill dismissed with costs as to appellants. Decree in favor of complainant against J. B. Borst, for the payment of her legacy, with costs; and a sale of the part of the premises purchased by Borst at the master's sale directed.